IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PARIS LAVAR GANTZ,<br>Petitioner, | : | CIVIL ACTION |
| v. | : | |
| PA DOC Secretary, et al.,<br>Respondents. | : | No. 19-1063 |

ORDER

J. CURTIS JOYNER, J.

AND NOW, this 28th day of January, 2020, upon careful and independent consideration of the petition for Writ of Habeas Corpus, together with the response thereto, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for Writ of Habeas Corpus is DISMISSED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

J. CURTIS JOYNER, J.